FILED
2016 May-31 AM 10:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CHRISTINA DAWN LANEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  5:16-cv-00048-HGD |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM OPINION

This cause is before the court upon the Commissioner's motion for entry of judgment under sentence four of 42 U.S.C. § 405(g) with remand of the cause to the Commissioner.  (Doc. 8).  Having considered the Commissioner's motion and the plaintiff's consent thereto, the court is of the opinion that the motion should be granted.  A separate Final Order in accordance with this Memorandum Opinion will be entered.

DONE this 31st day of May, 2016.

*[signature]*

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE